AO 91 (Rev. 11/11)  Criminal Complaint

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 17, 2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Julio Trevino<br>(United States) / 2003 | )<br>)<br>)  Case No.  M-26-1961-M<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 27, 2026_____ in the county of _____Hidalgo_____ in the _____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. S 371 | Conspiracy to commit an offense against the United States (of 18 USC 554 - Smuggling Goods from the United States In violation of Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 730 et seq.) |

This criminal complaint is based on these facts:

See attachment A

☑ Continued on the attached sheet.

/s/ Brandon Byrnes
*Complainant's signature*

Brandon Byrnes, Special Agent
*Printed name and title*

Sworn to telephonically and signed electronically per Fed.R.Cr.4.1.

Date:  _____05/17/2026_____   **2:48 PM**

*Judge's signature*

City and state:  _____McAllen, Texas_____   Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|

# Attachment A

On March 27th, 2026, Homeland Security Investigations (HSI) McAllen conducted surveillance on Joel LOPEZ-MARTINEZ, a Mexican national present with a nonimmigrant visa, and an identified member of a Transnational Criminal Organization (TCO) operating in the Rio Grande Valley, Texas area.

During the operation, HSI McAllen observed a black Dodge Ram TRX, registered to Julio TREVINO, arrive at the residence of LOPEZ MARTINEZ.  A male subject, later identified as TREVINO, was observed meeting with LOPEZ MARTINEZ.  TREVINO was observed removing a rifle case from his vehicle and giving it to LOPEZ MARTINEZ, who accepted the rifle case and, shortly thereafter, placed the rifle case into his tan Cadillac SUV. HSI McAllen observed LOPEZ MARTINEZ leave the residence after the exchange with TEVINO, and began coordinating to conduct a traffic stop on LOPEZ-MARTINEZ's vehicle. LOPEZ-MARTINEZ was observed going to a residence located on Fudge St in Edinburg, Texas for a short period of time, before departing the area.  A traffic stop was then conducted after LOPEZ-MARTINEZ left that residence, which revealed the rifle case provided by Julio TREVINO was no longer in LOPEZ MARTINEZ's vehicle.

On April 8th, 2026, HSI McAllen was conducting electronic surveillance at the residence located on Fudge St in Edinburg, Texas. During that surveillance, HSI McAllen observed a Honda Ridgeline pickup truck with Mexico license plates: WN-4631-C, arrive at the stash house.  HSI McAllen observed numerous individuals moving around the back of the Honda Ridgeline as it was backed up to the residence, and was later confirmed that they were loading weapons into the hidden compartments of that Honda Ridgeline.

On April 9th, 2026, HSI McAllen in coordination with CBP, conducted an outbound interdiction of the Honda Ridgeline as it attempted to depart from the United States into Mexico through the Anzalduas Port of Entry (POE).  An inspection of the vehicle resulted in the seizure of an assortment of high caliber weapons, that was approximately 23 rifles, pistols, and weapon magazines that were concealed within hidden compartments in the truck. The driver was arrested for 18 USC 554, for attempting to smuggle goods out of the United States. The driver then admitted that he had been given this "job" to deliver those weapons by high-ranking members of a transnational criminal organization (TCO) that he had known for most of his life. Those TCO members were later identified and confirmed to be members of Cartel del Golfo (CDG), "Los Metros".

The following day, on April 10th, 2026, HSI McAllen executed an arrest of a co-conspirator, LOPEZ MARTINEZ.  During his interview, he confirmed that he worked for a criminal organization known as "Los Metros," which are a faction of the Cartel del Golfo (CDG) transnational criminal organization (TCO) that these weapons had been linked to during the arrest of seizure on April

9th, 2026. LOPEZ MARTINEZ also admitted that two of the rifles that were discovered in the hidden compartments of the Honda Ridgeline had been provided by Julio TREVINO, on March 27, 2026. LOPEZ MARTINEZ stated that prior to the delivery of those weapons, TREVINO had contacted him and stated he had weapons that TREVINO was supposed to transfer to LOPEZ MARTINEZ.  LOPEZ MARTINEZ advised TREVINO that he was currently in immigration residency proceedings, and did not want to risk transporting the weapons and jeopardize getting his residency in the U.S.  TREVINO then agreed to just deliver the weapons directly to LOPEZ MARTINEZ's residence, as described above. LOPEZ MARTINEZ also revealed that after the weapon seizure occurred on April 9th, 2026, TREVINO had contacted him, saying that TREVINO was concerned about the seized weapons that he had provided, because those weapons had already been paid for by the buyer. Julio TREVINO stated to LOPEZ MARTINEZ that now the buyer would not receive those guns, and would come after TREVINO.

HSI McAllen conducted a search of a phone used by LOPEZ MARTINEZ, and corroborated the conversation between TREVINO and LOPEZ MARTINEZ, who had communicated for approximately 13 minutes on April 9th, 2026, after the weapons had been seized at the POE.